**COSTELLO, MAINS & SILVERMAN, LLC**
By: Daniel T. Silverman
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
(856) 727-9700
dsilverman@costellomains.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVA MATLOCK, <br>              Plaintiff(s), <br> vs. <br> PEOPLELINK, LLC; VICTORY PACKAGING L.P.; and JOHN DOES 1-5 AND 6-10, <br>              Defendant(s). | CIVIL ACTION NO. 3:24-cv-07992 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action that all claims are hereby dismissed with prejudice and without fees and costs to any party.

| COSTELLO, MAINS & SILVERMAN, LLC | LEWIS, BRISBOIS, BISGAARD, & SMITH LLP |
|---|---|
| By: /s/ Daniel T. Silverman <br> **Daniel T. Silverman** | By: /s/ Samuel E. Howie <br> Samuel E. Howie |
| Dated: **October 8, 2024** | Dated: November 5, 2024 |
| | **NUKK-FREEMAN & CERRA, P.C.** |
| | By: /s/ Jesse Grasty <br> Jesse Grasty |
| | Dated: October 17, 2024 |

It is so ordered this 6th day of November, 2024

*Georgette Castner*
Georgette Castner, U.S.D.J.